# EXHIBIT A



| | |
|---|---|
| Name: | Scott Stephan |
| Original Creditor: | AT&T Uverse |
| Creditor Account No: | ▆▆▆1160 |
| Credence Reference ID: | ▆▆▆9510 |
| Balance Due: | $143.75 |
| Interest: | $0.00 |
| Total Due: | $143.75 |

6045 Atlantic Boulevard
Suite 210
Norcross, GA 30071
855-876-5346

Date: August 14, 2014

## ACCOUNT NOTIFICATION

We have previously sent you notice of an outstanding balance owed to AT&T Uverse, and our records still reflect an unpaid amount. In order to give you every consideration, we are again providing you with notice of your delinquent debt and an opportunity to resolve your account. Remit the balance due at this time, or contact this office to establish a reasonable payment plan.

You may send your payment either by check or money order to the address below. On the payment, show the name in which this debt is listed, the name of the creditor and indicate the above Account Number to ensure proper handling of your payment.

For your convenience, we also accept credit card payments and checks by phone. Please call the toll-free number above for assistance. Your prompt response is requested.

Sincerely,
Credence Resource Management LLC

This communication is from a debt collector. This communication is an attempt to collect a debt. Any information obtained will be used for that purpose.

*[handwritten: Collections $143.75]*

---

### Credence Resource Management LLC CONTACTS

**Telephone Hours:**
Monday to Friday 8:00 AM to 9:00 PM EST
Saturday 8:00 AM to 2:00 PM EST
Tel: 855-876-5346

**Send Mail To:**
Credence Resource Management LLC
PO Box 2238
Southgate, MI 48195-4238

In order to credit your account properly, you must return this bottom portion with your payment.  SL

---

Call CREDENCE RESOURCE MANAGEMENT at 855-876-5346 to make payment by check, credit or debit card or mail your payment to Credence Resource Management LLC PO Box 2238, Southgate MI 48195-4238.

PO Box 2300
Southgate, MI 48195-4300

CRML/▆▆▆9510  722002614864  000002639 /000000011

Scott Stephan
700 Hawthorne Ave
South Milwaukee, WI 53172-1734

**IF PAYING BY CREDIT CARD, FILL OUT BELOW.**

☐ VISA  ☐ MasterCard

| Card Number | CC-ID# |
|---|---|
| Signature | Exp. Date |
| Credence Reference ID ▆▆▆9510 | Balance Due $143.75 | Amount Paid $ |
| Creditor AT&T Uverse | Client Acct No ▆▆▆1160 |

**Remit Payment To:**

Credence Resource Management LLC
PO Box 2238
Southgate, MI 48195-4238

Case 2:14-cv-01574-WEC   Filed 12/18/14   Page 2 of 2   Document 1-1